IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO: 3:12-CR-130-L |
| | § | |
| ZUBEDA KOCER | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**
**CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge determines that the Report of the Magistrate Judge concerning the Plea of Guilty should be, and is hereby **accepted**. Based upon the Report of the Magistrate Judge, the court finds that Defendant is fully competent and capable of entering an informed plea, that she is aware of the nature of the charge and the consequences of the plea, and that her plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact, containing each of the essential elements of the offense. Accordingly, the court **accepts** the plea of guilty entered by Defendant Zubeda Kocer on November 20, 2012, and he is hereby adjudged **guilty** of the offense charged in Counts One through Four of the Superseding Information, which are violations of 18 U.S.C. § 1512(c) and (k), namely, Conspiracy to Obstruct Official Proceedings; 18 U.S.C. § 1001, namely, False Statement to a Federal Agency; 18 U.S.C. § 716, namely, Public Employee Insignia and Uniform; and 18 U.S.C. § 1349, namely,

Conspiracy to Commit Wire Fraud. Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 6th day of December, 2012.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge